**FILED**

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

AMERICAN COMMUNICATIONS
NETWORK, INC.,

        Plaintiff,

v.

QWEST COMMUNICATIONS
CORPORATION,

        Defendant.

_____/

Case: 1:07-cv-00944
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/22/2007
Description: Contract

## STIPULATED ORDER TRANSFERRING CASE
### PURSUANT TO 28 U.S.C. § 1404(a)

WHEREAS, in an Opinion and Order dated April 12, 2007, the Court denied Defendant's

motion to dismiss the case pursuant to the Federal Arbitration Act, and granted Plaintiff's motion

to stay the case pending the completion of arbitration; and

WHEREAS, Plaintiff has initiated and the parties are currently engaged in arbitration before

the American Arbitration Association, with hearings scheduled to take place in Washington, D.C.;

and

WHEREAS, in its April 12, 2007 Opinion and Order the Court requested Defendant to show

cause why it should issue an order transferring the case to the United States District Court for the

District of Columbia for the convenience of the parties and, particularly, to show that the case could

have been brought in said District; and

WHEREAS, the parties have stipulated that the case could have been brought in Washington,

D.C., and have further stipulated to transfer of the case to said federal court for the convenience of

the parties, pursuant to certain conditions stipulated between the parties;

I hereby certify that the foregoing is
a true copy of the original on file in this

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
                Deputy

IT IS HEREBY ORDERED that, upon the Stipulation of the parties, dated April 30, 2007,

and the Court being fully advised in the premises therefor:

1.   The Court's April 12, 2007, Order staying the case pending arbitration remains in effect.

2.   For the convenience of the parties and in the interests of judicial economy and justice, this case shall be transferred forthwith to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a).

3.   The Clerk of the Court is directed to transmit the case file to the Clerk of the Court of the District Court for the District of Columbia.

IT IS SO ORDERED.


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: May 16, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 16, 2007.


s/Marie E. Verlinde
Case Manager
(810) 984-3290

2

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

AMERICAN COMMUNICATIONS NETWORK, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

QWEST COMMUNICATIONS CORP.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-00944
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/22/2007
Description: Contract

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☑ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☑ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☑ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Court from Mag. Judge

USDC EDVA

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____  Check YES only if demanded in complaint JURY DEMAND: ☑ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 5.22.07    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

CLOSED, STAY

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:06-cv-13241-LPZ-RSW
### Internal Use Only

American Communications Network, Incorporated v. Qwest Communications Corporation

Assigned to: Honorable Lawrence P Zatkoff
Referred to: Honorable R. Steven Whalen
Cause: No cause code entered

Date Filed: 07/18/2006
Date Terminated: 05/16/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**American Communications Network, Incorporated**

represented by **Patrice S. Arend**
Jaffe, Raitt, (Southfield)
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8214
248-351-3000
Email: parend@jafferaitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter M. Falkenstein**
Jaffe, Raitt, (Ann Arbor)
201 S. Main Street
Suite 300
Ann Arbor, MI 48104
734-222-4776
Email: pfalkenstein@jafferaitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Qwest Communications Corporation**

represented by **Brendan G. Best**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-5023
Fax: 313-568-5464
Email: bbest@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK. U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
Deputy

**Laura Baucus**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0700
Fax: 248-203-0793
Email: lbaucus@dykema.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2006 | 1 | COMPLAINT filed by American Communications Network, Incorporated against Qwest Communications Corporation; Receipt No: 6206-AA - Fee: $ 350.(JJoh, ) (Entered: 07/18/2006) |
| 11/02/2006 | 2 | [FILING ERROR-WRONG EVENT: THIS IS A STIPULATION] Ex Parte MOTION for Extension of Time to File Answer re 1 Complaint *Stipulated to* by all parties. (Attachments: # 1 Exhibit Proposed Order) (Best, Brendan) Modified on 11/3/2006 (JJoh, ). (Entered: 11/02/2006) |
| 11/03/2006 | 3 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by American Communications Network, Incorporated.(Falkenstein, Peter) (Entered: 11/03/2006) |
| 11/03/2006 | | (Court only) ***Motion terminated: 2 Ex Parte MOTION for Extension of Time to File Answer re 1 Complaint *Stipulated to* filed by Qwest Communications Corporation,, American Communications Network, Incorporated,. (JJoh, ) (Entered: 11/03/2006) |
| 11/08/2006 | 4 | CERTIFICATE of Service/Summons Returned Executed. Qwest Communications Corporation served on 10/13/2006, answer due 11/2/2006. (Arend, Patrice) (Entered: 11/08/2006) |
| 11/09/2006 | 5 | ORDER GRANTING ENLARGEMENT OF TIME Signed by Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 11/09/2006) |
| 11/15/2006 | 6 | MOTION to Dismiss *Pursuant To Federal Arbitration Act* by Qwest Communications Corporation. (Attachments: # 1 Index of Exhibits # 2 Exhibit C - Josko v New World Systems (Note Exs. A and B are to be filed under seal))(Best, Brendan) (Entered: 11/15/2006) |
| 11/21/2006 | 7 | STIPULATION AND ORDER to Seal Exhibits A-B regarding 6 MOTION to Dismiss *Pursuant To Federal Arbitration Act*. Signed by Honorable Lawrence P Zatkoff. (NHoll, ) (Entered: 11/21/2006) |
| 11/22/2006 | 8 | ORDER directing the Clerk of Court to remove Exhibits A and B to the public record of Qwest's brief in support of motion to dismiss, filed 11/15/06 and refile said exhibits under seal Signed by Honorable Lawrence P Zatkoff. (DTyle, ) (Entered: 11/27/2006) |
| 12/07/2006 | 9 | [FILING ERROR: VIOLATION OF RULE 11, STIPULATIONS AND |

| | | ORDERS] STIPULATION re 6 MOTION to Dismiss *Pursuant To Federal Arbitration Act* by American Communications Network, Incorporated.(Falkenstein, Peter) Modified on 12/11/2006 (NHoll, ). (Entered: 12/07/2006) |
|---|---|---|
| 12/19/2006 | ●10 | ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS Signed by Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 12/19/2006) |
| 12/20/2006 | ●11 | STIPULATION re 6 MOTION to Dismiss *Pursuant To Federal Arbitration Act* by American Communications Network, Incorporated. (Falkenstein, Peter) (Entered: 12/20/2006) |
| 01/05/2007 | ●12 | ORDER GRANTING ADDITIONAL ENLARGEMENT OF TIME Signed by Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 01/05/2007) |
| 01/16/2007 | ●13 | AMENDED COMPLAINT filed by American Communications Network, Incorporated against Qwest Communications Corporation. (Attachments: # 1 Exhibit Demand for Arbitration)(Arend, Patrice) (Entered: 01/16/2007) |
| 01/16/2007 | ●14 | RESPONSE to 6 MOTION to Dismiss *Pursuant To Federal Arbitration Act* filed by American Communications Network, Incorporated. (Attachments: # 1 Index of Exhibits Exhibit List# 2 Exhibit A - Demand for Arbitration# 3 Exhibit B - Shabazz Case)(Arend, Patrice) (Entered: 01/16/2007) |
| 01/16/2007 | ●15 | MOTION to Stay *pending Arbitration* by American Communications Network, Incorporated. (Attachments: # 1 Index of Exhibits Exhibit List# 2 Exhibit A - Demand for Arbitration# 3 Exhibit B - Int'l Ins. Case# 4 Exhibit C - Miller case# 5 Exhibit D - Jones Case# 6 Exhibit E - Usinor case# 7 Exhibit F - Souter Case)(Arend, Patrice) (Entered: 01/16/2007) |
| 01/16/2007 | ●16 | NOTICE by American Communications Network, Incorporated re 15 MOTION to Stay *pending Arbitration of Hearing* (Arend, Patrice) (Entered: 01/16/2007) |
| 01/29/2007 | ●17 | STIPULATION re 15 MOTION to Stay *pending Arbitration*, 13 Amended Complaint *FOR ENLARGEMENT OF TIME* by Qwest Communications Corporation.(Best, Brendan) (Entered: 01/29/2007) |
| 01/31/2007 | ●18 | ORDER re 17 Stipulation filed by Qwest Communications Corporation,. Signed by Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 01/31/2007) |
| 02/13/2007 | ●19 | [RESPONSE to 15 Motion to stay pending arbitration and] MOTION to Dismiss by Qwest Communications Corporation. (Baucus, Laura) Modified on 2/14/2007 (DPer, ). (Entered: 02/13/2007) |
| 02/15/2007 | ●20 | STIPULATION re 19 MOTION to Dismiss by American Communications Network, Incorporated.(Falkenstein, Peter) (Entered: 02/15/2007) |

| 02/21/2007 | 21 | ORDER PERMITTING CONSOLIDATION OF BRIEFS Signed by Honorable Lawrence P Zatkoff. (MVer) (Entered: 02/21/2007) |
| 03/06/2007 | 22 | [FILING ERROR:INCORRECT IMAGE] RESPONSE to 19 MOTION to Dismiss *and REPLY in Support of Motion to Stay* filed by American Communications Network, Incorporated. (Falkenstein, Peter) Modified on 3/6/2007 (Hamel, D.) (Entered: 03/06/2007) |
| 03/06/2007 | 23 | RESPONSE to 19 MOTION to Dismiss *and REPLY in Support of MOTION to Stay* filed by American Communications Network, Incorporated. (Falkenstein, Peter) (Entered: 03/06/2007) |
| 03/19/2007 | 24 | REPLY to Response re 19 MOTION to Dismiss filed by Qwest Communications Corporation. (Best, Brendan) (Entered: 03/19/2007) |
| 04/12/2007 | 25 | ORDER denying 6 Motion to Dismiss; granting 15 Motion to Stay. Signed by Honorable Lawrence P Zatkoff. (SSch) (Entered: 04/13/2007) |
| 04/30/2007 | 26 | [FILING ERROR] STIPULATION re 25 Order on Motion to Dismiss, Order on Motion to Stay *for Enlargement of Time* by Qwest Communications Corporation. (Best, Brendan) Modified on 4/30/2007 (Greer, A.). (Entered: 04/30/2007) |
| 05/07/2007 | 27 | ORDER re 26 Stipulation filed by Qwest Communications Corporation. Signed by Honorable Lawrence P Zatkoff. (MVer) (Entered: 05/07/2007) |
| 05/11/2007 | 28 | STIPULATION AND ORDER FOR ENLARGEMENT OF TIME Signed by Honorable Lawrence P Zatkoff. (MVer) (Entered: 05/11/2007) |
| 05/16/2007 | 29 | STIPULATED ORDER TRANSFERRING CASE to District of Columbia. Signed by Honorable Lawrence P Zatkoff. (DPer) (Entered: 05/17/2007) |
| 05/17/2007 | 30 | NOTICE transferring case to *DISTRICT OF COLUMBIA*. (DPer) (Entered: 05/17/2007) |

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**AMERICAN COMMUNICATIONS
NETWORK, INC.**

               Plaintiff(s)

          vs.                  Civil Case No: **07-0944(CKK)**

**QWEST COMMUNICATIONS
CORPORATION**

               Defendant(s)

## <u>NOTICE REGARDING BULKY EXHIBIT</u>

Pursuant to the procedures for filing documents electronically.  This Notice serves as

notification of bulky exhibits to the complaint,  has been filed in paper form in the

Clerk's Office. It is available for public viewing and copying between the hours of 9:00

a.m. and 4:00 p.m., Monday through Friday.

                             **NANCY MAYER-WHITTINGTON**

                                    Clerk