A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMERICAN COMMUNICATIONS  )
NETWORK, INC, a Michigan corporation, )
       Plaintiff(s)       )    **APPEARANCE**
                                )
                                )
       vs.                    )    CASE NUMBER   07-944
QWEST COMMUNICATIONS      )
CORPORATION, a Delaware corporation, )
       Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joshua M. Bobeck   as counsel in this
                                      (Attorney's Name)

case for:  American Communications Network, Inc.
                    (Name of party or parties)

August 17, 2007
Date

                                Signature

                                Joshua M. Bobeck
443620                         Print Name
BAR IDENTIFICATION
                                2020 K Street, NW
                                Address

                                Washington, DC 20006
                                City         State        Zip Code

                                202-373-6010
                                Phone Number