IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COMMUNICATIONS<br>NETWORK, INC., a Michigan corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS CORPORATION,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 07-00944<br><br>Hon. Colleen Kollar-Kotelly<br><br>(TRANSFERRED FROM EASTERN<br>DISTRICT OF MICHIGAN, CASE NO.<br>06-13241) |

**JOINT STATUS REPORT AND REQUEST FOR THE COURT TO
RETAIN JURISDICTION AND MAINTAIN THE
STAY PENDING COMPLETION OF ARBITRATION**

Plaintiff American Communications Network, Inc. ("ACN") and Defendant Qwest Communications Corporation ("Qwest"), by and through their undersigned counsel, submit this Joint Status Report and Request for the Court to Retain Jurisdiction and Maintain the Stay Pending Completion of Arbitration, in response to the Court's Minute Order of February 4, 2008. For the reasons stated below, the parties jointly request that the Court retain jurisdiction over this case and maintain the stay pending arbitration entered by the Eastern District of Michigan prior to the case being transferred to this Court.

**Procedural History**

Plaintiff ACN filed this case in the Eastern District of Michigan on July 18, 2006, alleging claims arising out of various sales representative agreements to which ACN and Qwest were parties. Those agreements contained arbitration clauses with varying provisions. Following Qwest's filing of a motion to dismiss the complaint or to transfer the case to this District, on January 16, 2007, ACN filed an amended complaint and also filed for arbitration

with the American Arbitration Association, based on the arbitration clause contained in one of the agreements. ACN also filed a motion to stay the case pending completion of the arbitration, which was to take place in Washington, D.C.

On February 13, 2007, Qwest filed a renewed motion to dismiss or to transfer the case to this District. On April 12, 2007, Judge Zatkoff of the Eastern District of Michigan issued an Opinion and Order granting ACN's motion to stay the case, and denying Qwest's motion to dismiss, but seeking additional briefing from the parties as to whether the case could have been brought in the District of Columbia, and if so, whether it would be more appropriate for the case to be transferred to this District. The Court noted that "a transfer of venue may be appropriate in order to both facilitate the parties' arbitration process and to provide ready access to a forum if disputes arise during and after that process." (Order of April 12, 2007 at 9.)

Subsequently, the parties agreed and stipulated to the transfer of the case to this District, for the convenience of the parties. Both parties agreed that the proper venue for the arbitration is Washington, D.C. and that this case could have been brought in this District. On May 16, 2007, Judge Zatkoff entered a Stipulated Order Transferring Case Pursuant to 28 U.S.C. § 1404(a). That order provided for the April 12, 2007 stay pending arbitration to remain in effect. (*See* Exhibit A hereto.) On May 18, 2007, the Eastern District of Michigan Clerk of Court issued a Notice of Transfer to Other District.

### Proceedings in this Court

This case, although a dispute over commissions for sales of telecommunications services, involves discovery of substantial information relative to individual customer accounts subject to federal statutory privacy protections. It is anticipated that resort to the federal court may be

2

necessary at various stages of the arbitration proceeding to rule on issues outside the scope of the arbitrator's authority, which require judicial intervention.

Just such an instance resulted in the parties' filing of a Joint Motion for Entry of Stipulated Discovery Order Governing Customer Proprietary Network Information on August 17, 2007, to judicially sanction the disclosure of information that might otherwise have been subject to protection from disclosure under the Telecommunications Act of 1996 (47 U.S.C. § 222). The Court granted the motion and entered a lengthy Stipulated Order Governing Customer Proprietary Network Information on October 30, 2007.

Indeed, the parties' Joint Motion, in addition to seeking entry of the proposed order governing CPNI, also requested

> (2) that following entry of the proposed Order, this case remain stayed, per the agreement of the parties and the Order of the Eastern District of Michigan court, pursuant to Section 3 of the Federal Arbitration Act, pending the outcome of the Arbitration, or until such time as additional assistance of the Court may be required in relation to matters outside the scope of the Arbitrator's authority.

Although the parties have not had to resort to the Court since entry of the Stipulated Order, it is contemplated that during the arbitration situations are likely to arise that will require the Court's intervention in relation to discovery disputes, privacy concerns, compelling attendance of witnesses, etc., which may be beyond the scope of the arbitrator's authority. Were the Court to dismiss the case at this point, every time the parties find it necessary to seek the Court's assistance would require the filing of a new case, with all of the attendant inefficiencies, time delays, and additional costs.

To avoid such a result, among other reasons, Judge Zatkoff initially agreed to stay the case rather than dismiss it following the initiation of the arbitration and, in conjunction with the transfer, ruled that the stay was to remain in effect.

## Status of the Arbitration

The parties are currently involved in negotiations in an attempt to settle their dispute. Therefore, they have asked the arbitrator to stay the arbitration temporarily, until March 21, 2008, to permit the parties to reach a final resolution, which request has been granted. If the parties cannot settle, the arbitration will resume. It is currently in the early stages of discovery and would likely require the Court's intervention as it progresses, for one or more of the reasons discussed above, particularly given the sensitive nature of much of the relevant information and the applicability of federal statutory protections regarding that material.

## Joint Request for Maintenance of Stay

WHEREFORE, for all the reasons discussed herein, ACN and Qwest jointly request the Court to retain jurisdiction over this matter and to maintain the stay pending arbitration initially entered by Judge Zatkoff of the Eastern District of Michigan. The parties are more than willing to file regular updates regarding the status of the arbitration, at the Court's request.

Dated: February 18, 2008

Respectfully submitted,

s./ *Joshua M. Bobeck*
Joshua M. Bobeck
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806
Tel.: 202.373.6010
Fax.: 202.373.6414
E-mail: Josh.Bobeck@Bingham.com

*Counsel for Plaintiff*
*American Communications Network, Inc*

s./ *James V. DeLong*
James V. DeLong
Kamlet Shepherd & Reichert, LLP
1747 Pennsylvania Avenue, Suite 800
Washington, D.C. 20006
Telephone: (202) 302-5827
Facsimile: (202) 302-8576
Email: jdelong@ksrlaw.com

*Counsel for Defendant*
*Qwest Communications Corp.*

Peter M. Falkenstein  
Patrice A. Arend  
Jaffe Raitt Heuer & Weiss, PC  
201 S. Main St., Suite 300  
Ann Arbor, Michigan 48104  
Tel.: 734.222.4776  
Fax.: 734.222.4769  
E-mail: pfalkenstein@jaffelaw.com  

*Co-Counsel for Plaintiff*  
*American Communications Network, Inc.*

Stephen D. Gurr  
John D. Mereness  
Kamlet Shepherd & Reichert  
1515 Arapahoe Street  
Tower I, Suite 1600  
Denver, Colorado 80202  
Tel.: 303.572.5674  
Fax: 303.825.1185  
E-Mail: sgurr@ksrlaw.com  

*Co-Counsel for Defendant*  
*Qwest Communications Corporation*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was served upon all parties of record, via electronic mail and first-class mail, postage prepaid, on this day February 19, 2008.


                                    /s/ Joshua M. Bobeck

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN COMMUNICATIONS
NETWORK, INC.,

      Plaintiff,

v.

QWEST COMMUNICATIONS
CORPORATION,

      Defendant.
_____/

CASE NO. 06-13241
HON. LAWRENCE P. ZATKOFF

**STIPULATED ORDER TRANSFERRING CASE**
**PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, in an Opinion and Order dated April 12, 2007, the Court denied Defendant's motion to dismiss the case pursuant to the Federal Arbitration Act, and granted Plaintiff's motion to stay the case pending the completion of arbitration; and

WHEREAS, Plaintiff has initiated and the parties are currently engaged in arbitration before the American Arbitration Association, with hearings scheduled to take place in Washington, D.C.; and

WHEREAS, in its April 12, 2007 Opinion and Order the Court requested Defendant to show cause why it should issue an order transferring the case to the United States District Court for the District of Columbia for the convenience of the parties and, particularly, to show that the case could have been brought in said District; and

WHEREAS, the parties have stipulated that the case could have been brought in Washington, D.C., and have further stipulated to transfer of the case to said federal court for the convenience of the parties, pursuant to certain conditions stipulated between the parties;

IT IS HEREBY ORDERED that, upon the Stipulation of the parties, dated April 30, 2007, and the Court being fully advised in the premises therefor:

1. The Court's April 12, 2007, Order staying the case pending arbitration remains in effect.

2. For the convenience of the parties and in the interests of judicial economy and justice, this case shall be transferred forthwith to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a).

3. The Clerk of the Court is directed to transmit the case file to the Clerk of the Court of the District Court for the District of Columbia.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: May 16, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 16, 2007.

s/Marie E. Verlinde
Case Manager
(810) 984-3290

2