IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COMMUNICATIONS NETWORK, INC., a Michigan corporation, | Case No. 07-00944 |
| Plaintiff, | Hon. Colleen Kollar-Kotelly |
| v. | (TRANSFERRED FROM EASTERN DISTRICT OF MICHIGAN, CASE NO. 06-13241) |
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, | |
| Defendant. | |

_____

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order entered February 19, 2008 requiring the parties to submit a Joint Status Report every 120 days, the Plaintiff, American Communications Network, Inc. ("ACN") and Defendant, Qwest Communications Corporation ("Qwest"), by and through their undersigned counsel, submit this Joint Status Report and state the following:

This case involves a contractual dispute regarding the commission for sales of telecommunication services, which is pending in an arbitration administered by the American Arbitration Association.  The parties have been, and continue to be involved in settlement negotiations to resolve their dispute and to negotiate a future business relationship.  As a result of these settlement negotiations, the parties sought a stay in the arbitration proceedings.

Recently, the arbitrator entered an Order continuing the stay in the arbitration proceedings until July 21, 2008.  At that time, if a settlement is not consummated, the parties are required to further report on the status of their settlement negotiations and/or need for the stay to remain in place.

{00179039.DOC / 1}

In other words, the arbitration proceedings are stayed until July 21, 2008 due to ongoing settlement negotiations. The parties are continuing their settlement negotiations, which are lengthy, and extremely detailed due to attempts to resolve the pending dispute and to craft a potential future business relationship.

WHEREFORE, the parties will continue to jointly report to this Court on 120 day intervals per the Minute Order entered February 19, 2008, and to otherwise promptly advise the Court of any settlement that may be reached between the parties.

Dated: June 18, 2008

Respectfully submitted,

| | |
|---|---|
| *s./ Joshua M. Bobeck* | *s./ James V. DeLong* |
| Joshua M. Bobeck | James V. DeLong |
| Bingham McCutchen LLP | Kamlet Shepherd & Reichert, LLP |
| 2020 K Street NW | 1747 Pennsylvania Avenue, Suite 800 |
| Washington, DC 20006-1806 | Washington, D.C. 20006 |
| Tel.: 202.373.6010 | Telephone: (202) 302-5827 |
| Fax.: 202.373.6414 | Facsimile: (202) 302-8576 |
| E-mail: Josh.Bobeck@Bingham.com | Email: jdelong@ksrlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *American Communications Network, Inc.* | *Qwest Communications Corp.* |
| | |
| Peter M. Falkenstein | Stephen D. Gurr |
| Patrice A. Arend | John D. Mereness |
| Jaffe Raitt Heuer & Weiss, PC | Kamlet Shepherd & Reichert |
| 201 S. Main St., Suite 300 | 1515 Arapahoe Street |
| Ann Arbor, Michigan 48104 | Tower I, Suite 1600 |
| Tel.: 734.222.4776 | Denver, Colorado 80202 |
| Fax.: 734.222.4769 | Tel.: 303.572.5674 |
| E-mail: pfalkenstein@jaffelaw.com | Fax: 303.825.1185 |
| | E-Mail: sgurr@ksrlaw.com |
| *Co-Counsel for Plaintiff* | |
| *American Communications Network, Inc.* | *Co-Counsel for Defendant* |
| | *Qwest Communications Corporation* |