IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COMMUNICATIONS NETWORK, INC., a Michigan corporation, | Case No. 07-00944 |
| Plaintiff, | Hon. Colleen Kollar-Kotelly |
| v. | (TRANSFERRED FROM EASTERN DISTRICT OF MICHIGAN, CASE NO. 06-13241) |
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, | |
| Defendant. | |

_____

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, American Communications Network, Inc. ("ACN") and Defendant, Qwest Communications Corporation ("Qwest"), hereby stipulate to dismiss with prejudice all claims asserted by the parties against each other, with each party to bear its own costs and attorney's fees. As grounds therefore, the parties state that they have reached an agreement to settle all of their claims asserted in this action, as well as the claims asserted in the related arbitration proceeding. Simultaneous with the filing of this Stipulation, the parties are filing a similar Stipulation in the arbitration proceeding to dismiss the claims asserted in the arbitration with prejudice.

WHEREFORE, the parties request this Court to issue an order dismissing all claims asserted in this matter with prejudice, and ordering each party to bear its own costs and attorney's fees.

{00184616.DOC / 1}

Dated: July 23rd, 2008

Respectfully submitted,

| | |
|---|---|
| *s./ Joshua M. Bobeck* | *s./ James V. DeLong* |
| Joshua M. Bobeck | James V. DeLong |
| Bingham McCutchen LLP | Kamlet Shepherd & Reichert, LLP |
| 2020 K Street NW | 1747 Pennsylvania Avenue, Suite 800 |
| Washington, DC 20006-1806 | Washington, D.C.  20006 |
| Tel.:  202.373.6010 | Telephone:  (202) 302-5827 |
| Fax.:  202.373.6414 | Facsimile:  (202) 302-8576 |
| E-mail: Josh.Bobeck@Bingham.com | Email:  jdelong@ksrlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *American Communications Network, Inc.* | *Qwest Communications Corp.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of July, 2008, service of the foregoing **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** was served, by regular U.S. mail, to:

Stephen D. Gurr
John D. Mereness
Kamlet Shepherd & Reichert
1515 Arapahoe Street
Tower I, Suite 1600
Denver, Colorado 80202
Tel.: 303.572.5674
Fax: 303.825.1185
E-Mail: sgurr@ksrlaw.com
*Co-Counsel for Defendant*
*Qwest Communications Corporation*

Peter M. Falkenstein
Patrice A. Arend
Jaffe Raitt Heuer & Weiss, PC
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
Tel.: 734.222.4776
Fax.: 734.222.4769
E-mail: pfalkenstein@jaffelaw.com
*Co-Counsel for Plaintiff*
*American Communications Network, Inc.*

          *s/Diana L. Brechtel*
          Diana L. Brechtel, Legal Assistant
          A printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.